FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

ANTHONY JERMAINE FULLER #1001251003

Case No: 6:23-cv-7

(Enter above full name of plaintiff or plaintiffs)

v.

WARDEN BRIAN ADAMS

DEPUTY WARDEN WARREN

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes _____ No ✗

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: _____
   
   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes __X__ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No __X__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes _____ No _____

1. If your answer to C is yes, name the court and docket number for each case:

_____ _____
_____ _____
_____ _____
_____ _____

II. Place of present confinement: __SMITH STATE PRISON__

A. Is there a prisoner grievance procedure in this institution? Yes _X_ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes _x_ No ___

C. If your answer to B is yes:

1. What steps did you take? I filed a [illegible] grievance at Smith State prison and waited the 45 business days

2. What was the result? 5 [illegible] never [illegible] a [illegible] grievance response

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?     Yes ___ No _X_

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: _____

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: ANTHONY JERMAINE FULLER
Address: SMITH STATE PRISON
P.O. Box 726
GLENNVILLE, GA 30427

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: BRIAN ADAMS
Position: WARDEN
Place of employment: SMITH STATE PRISON
Current address: SMITH STATE PRISON
P.O. Box 726  GLENNVILLE, GA 30427

C. Additional defendants: DEPUTY WARDEN WARREN
SMITH STATE PRISON
SMITH STATE PRISON
P.O. Box 726  GLENNVILLE, GA 30427

4

IV.  Statement of Claim

> State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON APRIL 2022. I WAS STAB AT SMITH STATE PRISON UNDER THE CARE AND TREATMENT OF WARDEN BRIAN ADAMS AND DEPUTY WARDEN OF CARE AND TREATMENT WARREN THEY WAS NEGLIGENT IN THEIR DUTYS BY FAILING TO MAKE SURE NO INMATES WAS IN POSSESSION OF WEAPONS WALKING AROUND THE PRISON OUT AT THE DORM FAILURE TO MAINTAIN SECURITY CAUS RESULTING IN ME BEING STAB BY ANOTHER PRISONER I WASN'T GIVEN THE PROPER AND EQUAL CARE FOR A INJURYED PERSON I WAS DISCRIMINATED AGAINST. I SUFFERED A STAB WOUND TO MY LEFT UPPER BREAST AND A LUNG INJURY I WAS GIVEN A SHOT TO BOOST MY HEART RATE BACK TO REGULAR TEMPO I WAS RUSHED TO SAVANNAH MEMORIAL HEALTH HOSPITAL BY AMBULANCE WHILE OXYGEN HAD TO BE GIVEN TO ME N-O IV'S I WAS SENT INTO EMERGENCY SURGERY AT THE (ER) FOR LIFE THREATING INJURYS I WAS A PATIENT AT THE HOSPITAL FOR A WEEK I WAS GIVEN MULTIPLE PAIN MEDICATIONS I had A BLOOD TRANSFUSION AND BLOOD HAD TO BE DRAINED OUT MY LUNGS (LEFT) AND A HEART MONITOR GIVEN TO ME AFTER MY DISCHARGE FROM THE HOSPITAL BACK INTO THE DEPARTMENT OF CORRECTIONS CARE SMITH STATE PRISON REFUSED TO PROVIDE ME REHAB FOR MY INJURYS OR ANY FORM OF MEDICAL ASSISTANCE I HAVE WROTE MULTIPLE SICKCALLS THROUGHOUT 2022 CONCERNING MY PAIN AND SUFFERING FROM MY INJURY WARDEN BRIAN ADAMS AND DUPTY WARDEN WARREN WAS NEGLIGENT TO THEIR OFFICAL DUTYS TO ENSURE I WAS GIVE THE MEDICAL ASSISTANCE I NEED TO RECOVER And that I wasn't Discriminated Against

5

| WITNESS STATEMENT | | | |
|---|---|---|---|
| PLACE SMITH STATE PRISON | DATE 1-20TH-23 | TIME ___ | FILE NUMBER |
| LAST NAME, FIRST NAME, MIDDLE NAME FULLER ANTHONY JERMAINE | EMPLOYEE ID NUMBER | | STATE ID NO. 1001251008 |
| INSTITUTION OR ADDRESS SMITH STATE PRISON P.O. BOX 726 GLENNVILLE, GA 20477 | | | |

**SWORN STATEMENT**

I, ANTHONY JERMAINE FULLER, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I HAVE NOTIFIED SMITH STATE PRISON ON MULTIPLE SICKCALLS I HAVE WROTE AN INMATE GRIVANCE COMPLEANT ON THE COUNSELORS LEVEL I HAVE THE RECIEPT DATING 12-2-22 TELLING THEM ABOUT MY INJURYS AND PAINS SMITH STATE PRISON HAS REFUSED TO ACKNOWLDGE MY GRIVANCE COMPLAINT OR SICKCALLS IN EVERYWAY POSSIBLE

I Can No Longr - funtion Rigulary becausn of my Injurys

[Signature: Gregory K Lynn]  1/20/23

[Notary Seal: GREGORY K LYNN NOTARY PUBLIC, Comm. Exp. 08/05/25, TATTNALL COUNTY]

| EXHIBIT | INITIALS OF PERSON MAKING STATEMENT AF | PAGE 1 OF ___ PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOP 209.04
Attachment 5
2/18/21

STATEMENT (Continued)

AF

AF

AFFIDAVIT

I, ANTHONY JERMAINE FULLER _____ HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1 AND ENDS ON PAGE _____. I FULLY UNDERSTAND THE CONDITIONS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Anthony Fuller_ #1001251008
(Signature of Person Making Statement)

WITNESS

SMITH STATE PRISON
P.O. BOX 726 GLENNVILLE, GA 30427
INSTITUTION OR ADDRESS

SMITH STATE PRISON
P.O. BOX 726 GLENNVILLE, GA 30427
INSTITUTION OR ADDRESS

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ____ day of _____, 20__
at _____

_____
(Signature of Person Administering Oath)

_____
(Typed Name of Person Administering Oath)

_____
(Authority to Administer Oath)

INITIALS OF PERSON MAKING STATEMENT
AF

PAGE ___ OF ___ PAGES

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

TO BE FINATCALY COMPENSATED FOR MY Pains and Suffering And All$ court And lawyer fees paid In full

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of Jan 19__.

[Notary seal: GREGORY K LYNN NOTARY Comm. Exp. 08/05/25 ...NALL COUNTY...]

Prisoner No. 1001251008

ANTHONY JERMAIN FULLER
(Signature of Plaintiff)

6

Marion, P&DC XXX 310#
THU 26 JAN 2023 PM

From: Anthony Jermaine Fuller #1001251008
Smith State Prison
P.O. Box 726
Glennville, GA 20442

To: Statesboro Division
United States District Court
P.O. Box 8286
Savannah, GA 31412

RECEIVED
U.S. Marshals Service
Southern District of Georgia